```
                UNITED STATES DISTRICT COURT FOR THE
                       DISTRICT OF PUERTO RICO
```

Alfred Castellanos Bayouth, et al.

    v.                          NH Civil No. 05-ds-21-JD
                                  PR Civil No. 02-2357

Gabriela Alejandra Guzman Pinal
and Luis Olmos Dueas

## O R D E R

It has come to the court's attention that in the order issued on July 14, 2005, the wrong document number was used for the defendant's motion to dismiss, filed on December 3, 2002. That document should have been document number 24 rather than document no. 25. The order of July 14, 2005, document no. 112, is corrected on page 10 to read: "The defendant's motion to dismiss (PR document no. 24) is terminated without prejudice."

In addition, several motions remain pending in this case that are no longer current. The remaining pending motions are resolved as follows:

The plaintiffs' motion for enlargement of time (document no. 29), filed on December 12, 2002, and motion for leave to reply (document no. 35), filed on January 7, 2003, addressing the plaintiffs' anticipated responses to the defendants' motion to dismiss and to compel arbitration are denied as moot. The plaintiffs' motion seeking an attachment (document no. 37),

filed on January 7, 2003, and supplemental motion (document no. 41), filed on January 10, 2003, are terminated.  The plaintiffs' motion requesting a hearing on their request for an attachment (document no. 46), filed on January 22, 2003, their motion to submit an uncertified translation (document no. 69), filed on March 19, 2003, and second motion to submit an uncertified translation (document no. 72), filed on March 26, 2003, are terminated.  The plaintiffs' motion for a hearing to address the defendant's response to the magistrate's report and recommendation (document no. 71), filed on March 26, 2003, and their motion for leave to reply to the defendant's opposition (document no. 73), filed on March 27, 2003, are terminated.

    SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge
(Sitting by designation.)

July 28, 3005

cc:  Alfredo Castellanos-Bayouth, Esquire
     Angel E. Rotger-Sabat, Esquire
     USDC-PR, Clerk