```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF PUERTO RICO
```

John Zerbe, Trustee

    v.                              NH Civil No. 05-ds-21-JD
                                      PR Civil No. 02-2357

Gabriela Alejandra Guzman Pinal
and Luis Olmos Dueas

## PROCEDURAL ORDER

The motion to dismiss filed by defendant Alejandra Guzman is denied in a separate order issued today.  Guzman shall file her answer as provided in Federal Rule of Civil Procedure 12.

It is now appropriate to set the schedule in this case. Counsel shall confer to discuss the matters listed in Local Rule 16(a), of the District of Puerto Rico, and shall file a joint proposed scheduling order **on or before November 1, 2005**.  If counsel are unable agree on a particular matter, the proposed order shall include each party's proposal on that matter and the court will resolve the issue.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge
(Sitting by designation.)

October 18, 2005
cc: Alfredo Castellans-Bayouth, Esquire
    Angel E. Rotger-Sabat, Esquire
    USDC-PR, Clerk