UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO


John Zerbe, U.S. Trustee

     v.                         Civil No. 05-ds-21-JD

Alejandra Guzman, et al.


Procedural Order

     Plaintiff's counsel has filed a notice regarding scheduling matters, asking the court to accommodate his vacation schedule between July 15, 2006, and August 2, 2006.  No hearings in this case are currently scheduled for that period and none will be scheduled then, unless there are unusual circumstances that arise that might necessitate a hearing.  Counsel is placed on notice, however, that all filing and response deadlines remain in effect, and counsel will be required to comply therewith.

     SO ORDERED.


                             _____
                             Joseph A. DiClerico, Jr.
                             United States District Judge
                             (Sitting by designation.)

June 30, 2006

cc:  Alfredo Castellanos-Bayouth, Esquire
     Angel E. Rotger-Sabat, Esquire
     USDC-PR, Clerk