IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | : | U.S. DISTRICT COURT |
| | : | DISTRICT OF N.H. |
| CASTELLANOS BAYOUTH, ALFREDO A.: | Case No.: 04-11496 ( SEK ED |
| | : | 2006 SEP -6 A 11: 25 |
| | : | Chapter : 07 |
| Debtor | : | |

TRUSTEE'S NOTICE RE SETTLEMENT OF CIVIL SUIT
AND REQUEST FOR APPROVAL

TO THE HONORABLE COURT:

Comes now, John A. Zerbe, duly appointed, qualified and acting trustee and respectfully avers, states and prays as follows:

1. That a settlement agreement has been reached in a case in Federal District Court which will produce $100,000 for the estate, payable over a twelve (12) month period.

2. That trustee and special counsel for the trustee (also debtor in case at bar) understand that accepting this settlement is in the best interest of the estate and creditors.

3. That if no objections are filed within 20 days the Bankruptcy Court may grant this motion without further notice or hearing and the settlement agreement will be filed in Federal District Court.

WHEREFORE, it is respectfully requested that the Honorable Court take notice and authorize trustee to proceed with filing of agreement if no objections are received.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 13th day of July 2006.

NOTICE IS HEREBY GIVEN: That if no objections are filed within twenty (20) days from the filing of this motion, the Bankruptcy Court may grant this motion without further notice or hearing.

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to parties appearing in said system. I hereby certify that the document has been mailed by United States Postal Service to all parties on the master address list.

/s/ J. Zerbe
John A. Zerbe, Trustee
165 Ave. De Diego
Urb. San Francisco
Rio Piedras, PR 00927
(787) 765-8877

067333