UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO


<u>John Zerbe, Trustee</u>

    v.                                  NH Civil No. 05-ds-021-JD
                                          PR Civil No. 02-2357
<u>Gabriela Alejandra Guzman</u>
<u>Pinal and Luis Olmos Dueas</u>


O R D E R

The parties have not shown cause, pursuant to the procedural order dated October 30, 2006, as to why this case should remain open. Therefore, case is dismissed with prejudice based upon the parties' settlement as approved by the bankruptcy court.

    SO ORDERED.

                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge
                                                          (Sitting by designation)

November 17, 2006

cc:  Alfredo Castellanos-Bayouth, Esquire
     Angel E. Rotger-Sabat, Esquire
     USDC-PR, Clerk